(/Content/Help/helpv7.pdf) - East Baton Rouge Parish

BACK TO PREVIOUS PAGE

**C-782854**
**KENDALL PLAIN VS DELTA AIR LINES, INC.**

Suit Ledger

PURCHASE PDF

**Date Filed:** 08/11/2026 **Kind:** Civil **Division:** CIV.O
**Date Last Active:** 08/17/2026 **Cause:** DM-Damages **Suit Status:** Active
**Judge:** JONES, VERONICA "VICKY'

**Balances DO NOT include any pending transactions**

| Registry Of Court Balance: | Suit Advance Balance: | Suit Escrow Balance: | Suit Pauper Balance: |
|---|---|---|---|
| $0.00 | $59.32 | $0.00 | $0.00 |

CHRONOLOGICAL HISTORY (6) PARTIES (2) ATTORNEYS (1) FINANCIALS (1

| Date | Type All | Description Show All Financials | Payee / Deposit Details | Filed By |
|---|---|---|---|---|
| *08/17/2026* | | *SERVICE RETURN FEE - DELTA AIR LINES, INC.* | *DOUG WELBORN SALARY FUND* | *PLAIN, KENDALL* |
| *08/14/2026* | *Service Return* | *Intended For: DELTA AIR LINES, INC.*<br>*Item Served: CIT-CIV 2000*<br>*Served How: Domiciliary Service* | | |
| *08/12/2026* | *Document* | *CIT-CIV 2000 - DELTA AIR LINES, INC.* | | |
| 08/12/2026 | | CIT-CIV | DOUG WELBORN SALARY FUND | PLAIN, KENDALL |
| *08/11/2026* | | *PET- DAMAGES -CIV* | *DOUG WELBORN SALARY FUND* | *PLAIN, KENDALL* |
| 08/11/2026 | | ADVANCED DEPOSIT - PLAIN, KENDALL | paid by PLAIN, KENDALL | PLAIN, KENDALL |

Version#3.0.41.3

**EXHIBIT 1**

Clerk Connect

**KENDALL PLAIN**

**VERSUS**

**DELTA AIR LINES, INC.**

**DOCKET NO.:**

**DIVISION:**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON**

**STATE OF LOUISIANA**

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Kendall Plain, a person of the full age of majority and a resident of the Parish of East Baton Rouge, State of Louisiana, who respectfully represents as follows:

1.

Made defendant herein is DELTA AIR LINES, INC. (hereinafter referred to as "Delta" or "Defendant"), a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served through its registered agent for service of process: Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802.

2.

This Honorable Court has jurisdiction over the subject matter and the parties pursuant to 28 U.S.C. § 1331, as this action arises under a treaty of the United States, specifically the Convention for the Unification of Certain Rules for International Carriage by Air (the "Montreal Convention"); venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 and Article 33 of the Montreal Convention because the United States of America is the Plaintiff's territory of ultimate destination, Plaintiff is domiciled within this judicial district in East Baton Rouge Parish, Louisiana, and, upon information and belief, the contract of carriage between Plaintiff and Defendant, Delta Air Lines, Inc., was executed and the passenger ticket purchased within East Baton Rouge Parish, Louisiana, establishing a place of business through which the contract was made; and personal jurisdiction exists over Defendant, Delta Air Lines, Inc., a foreign corporation conducting substantial, continuous, and systematic business within the State of Louisiana and this judicial district, wherein Plaintiff sustained damages including medical expenses, pain and suffering, and continuing injuries.

3.

This claim is brought pursuant to and is governed exclusively by the Convention for the Unification of Certain Rules for International Carriage by Air (Montreal Convention, 1999), specifically Article 17, as Plaintiff sustained bodily injury while on board the aircraft.

4.

On or about August 10, 2024, Plaintiff was a passenger for hire on an international flight operated by Defendant, Delta Air Lines, Inc., departing from a point outside the United States and destined for a point within the United States. Said transit constituted "international carriage" as defined by Article 1 of the Montreal Convention, thereby vesting this Honorable Court with treaty jurisdiction.

5.

At said time, while Plaintiff was seated as a ticketed and lawful passenger on board the Delta aircraft, an employee, agent, and/or representative of Defendant, Delta Air Lines, Inc., while acting within the course and scope of their employment, carelessly, negligently, and recklessly pushed a utility/service transport cart directly into the knee of the Plaintiff, Kendall Plain.

6.

The impact from the cart pushed by Defendant's employee caused severe, painful, and debilitating injuries to Plaintiff's knee, for which Plaintiff is currently still undergoing medical treatment.

7.

The aforesaid incident and resulting injuries were caused solely and proximately by the negligence, fault, and want of care on the part of Defendant, Delta Air Lines, Inc., and its employees, agents, and/or representatives, whose negligence includes, but is not limited to, the following particulars:
a) Failing to operate the transport cart in a safe and prudent manner;
b) Failing to maintain a proper lookout and control of the cart;
c) Operating a service cart in a careless and reckless manner in the confined aisles of an aircraft;
d) Failing to warn Plaintiff of foreseeable hazards and the impending collision;
e) Failing to properly train and supervise employees regarding the safe operation of equipment aboard an aircraft;
f) Any and all other acts of negligence and strict liability under the Montreal Convention which may be proven at the trial of this matter.

8.

Defendant, Delta Air Lines, Inc., is vicariously liable for the negligent acts and omissions of its employee(s) under the doctrine of respondeat superior as codified in Louisiana Civil Code Article 2320.

9.

As a direct and proximate result of the negligence of Defendant Delta and the ensuing collision, Plaintiff, Kendall Plain, suffered severe and disabling personal injuries, including but not limited to trauma to the body, physical pain and suffering, and mental anguish.

10.

Pursuant to La. C.C.P. Art. 893, Plaintiff, Kendall Plain, does not plead a specific monetary amount of damages. However, Plaintiff avers that the damages sustained exceed the requisite amount to establish the jurisdiction of this Court and entitle Plaintiff to a trial by jury. Plaintiff seeks damages for the following non-exclusive items:
a) Past, present, and future physical pain and suffering;
b) Past, present, and future mental anguish and emotional distress;
c) Past, present, and future medical expenses;
d) Loss of enjoyment of life;
e) Lost wages and loss of earning capacity;
f) Any and all other damages which may be proven at trial.

11.

Plaintiff is entitled to and desires a trial by jury on all issues of fact triable by a jury. WHEREFORE, Plaintiff, Kendall Plain, prays that Defendant, Delta Air Lines, Inc., be duly cited to appear and answer this Petition, and that after due proceedings are had, there be

judgment rendered in favor of Plaintiff and against Defendant for all damages reasonable in the premises, including general and special damages, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

RESPECTFULLY SUBMITTED,

PLAIN AND ASSOCIATES LAW FIRM, LLC
2950 Mission Drive
Baton Rouge, LA 70805
Email: plainandassociates@gmail.com

BY:
Kendall Plain (Bar Roll No. 36258)
Attorney for Plaintiff, Kendall Plain

PLEASE SERVE:

DELTA AIR LINES, INC.
Through its Registered Agent for Service of Process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**RETURN COPY**

D19874833

# CITATION

**KENDALL PLAIN**
**(Plaintiff)**

**VS**

**DELTA AIR LINES, INC.**
**(Defendant)**

**NUMBER C-782854 "CIV.O"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO: DELTA AIR LINES, INC.**
**THROUGH ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY**
**501 LOUISIANA AVENUE**
**BATON ROUGE, LA 70802**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:

1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 12, 2026.**

SEAL OF THE CLERK OF THE PARISH OF EAST BATON ROUGE, LA

Megan Amrhein

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: PLAIN, KENDALL**
*The following documents are attached:

**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the _____ day of _______________, 20____ and on the ________ day of _______________, 20______, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at ______________________________.

**DOMICILIARY SERVICE:** On the within named ____________________________, by leaving the same at his domicile in this parish in the hands of ____________________, a person of suitable age and discretion residing in the said domicile at __________________________.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to __________________________.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named ____________________ or his domicile, or anyone legally authorized to represent him.

I made service at the Louisiana State Office

**RETURNED:** Parish of East Baton Rouge, this _________ day of _____________, 20_____.

in the parish of East Baton Rouge, State of

SERVICE: $Louisiana on:
MILEAGE $_________
TOTAL: $_________

AUG 14 2026

by handing said copy in person to:

Trela Broussard

Dy Mock 1691

Deputy Sheriff, Parish of East Baton Rouge, LA

______________________
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
AUG 13 2026
E.B.R. Sheriff Office